1  SAMUEL AND SAMUEL
   PETER F. SAMUEL (SBN 072503)
2  5050 Sunrise Boulevard, Suite C-1
   Fair Oaks, CA  95628
3  Telephone:   (916) 966-4722
   Email: pfsamuel@samuellaw.com
4
   Attorneys for Plaintiffs
5  KAREN BOWERS and MARY ASHLEY WRIGHT

6  JACKSON LEWIS P.C.
   NATHAN W. AUSTIN (SBN 219672)
7  BAILEY MCCABE (SBN 322098)
   400 Capitol Mall, Suite 1600
8  Sacramento, CA  95814
   Telephone:   (916) 341-0404
9  Email: nathan.austin@jacksonlewis.com
          bailey.mccabe@jacksonlewis.com
10 Attorneys for Defendants
   ARTEGAN AT PRAIRIE CITY LLC and
11 ARTEGAN, LLC

12

13                        UNITED STATES DISTRICT COURT

14                        EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  KAREN BOWERS, an individual and California resident, MARY ASHLEY WRIGHT, an individual and California resident,<br><br>17           Plaintiffs,<br><br>18       vs.<br><br>19  ARTEGAN AT PRAIRIE CITY LLC, a Foreign Limited Liability Company, ARTEGAN, LLC, a Foreign Limited Liability Company, and DOES 1 – 10<br><br>21           Defendants. | CASE NO. 2:20-CV-01641-WBS-CKD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii); ORDER**<br><br><br><br>Complaint Filed:   05.06.20<br>Trial Date:         None Set |

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                      1

1  TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
2  CALIFORNIA:
3      Plaintiffs KAREN BOWERS and MARY ASHLEY WRIGHT and Defendants
4  ARTEGAN AT PRAIRIE CITY LLC and ARTEGAN, LLC by and through their respective
5  attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
6  Procedure to dismissal of this action in its entirety, with prejudice, and with each party to bear its
7  own attorneys' fees and costs.
8      IT IS SO STIPULATED AND AGREED:

Dated:  October 22, 2021        SAMUEL AND SAMUEL

By: */s/ Peter F. Samuel* (as authorized on 10.22.21)
    PETER F. SAMUEL

Dated: October 22, 2021        JACKSON LEWIS P.C.

By: */s/ Nathan W. Austin*
    NATHAN W. AUSTIN
    BAILEY A. MCCABE

Attorneys for Defendants
ARTEGAN AT PRAIRIE CITY LLC and
ARTEGAN, LLC

2

JOINT STIPULATION FOR DISMISSAL; ORDER

*Bowers, et al. vs. Artegan at Prairie City, LLC, et al.*
Case No. 2:20-CV-01641-WBS-CKD

**ORDER**

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS HEREBY ORDERED.

Dated:  October 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION FOR DISMISSAL; ORDER

*Bowers, et al. vs. Artegan at Prairie City, LLC, et al.*
Case No. 2:20-CV-01641-WBS-CKD